UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60818-CIV-ZLOCH

SAL VASAPOLLE and
RACHEL VASAPOLLE,

    Plaintiffs,

vs.                                              O R D E R

U-HAUL CO. OF MASSACHUSETTS
AND OHIO, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiffs' Motion For Extension Of Time (DE 10). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That Plaintiffs' Motion For Extension Of Time (DE 10) be and the same is hereby **GRANTED**;

    2. By noon on Thursday, August 21, 2008, the Parties shall hold a Rule 26(f) Conference;

    3. By noon on Thursday, August 28, 2008, the Parties shall file a Scheduling Report as described in the Court's prior Order (DE 7).

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _1st_ day of _AUGUST_, 2008.

                                 WILLIAM J. ZLOCH
                                 United States District Judge

Copies furnished:

All Counsel of Record